Harvey M. Moore, Esq., CSB 101128
Terri Lazo, Esq., CSB 228663
The Moore Law Group,
A Professional Corporation
3710 S. Susan Street, Suite 210
PO Box 25145
Santa Ana, CA 92799
(714) 431-2000

Attorneys for Defendant
The Moore Law Group, APC

E-filing

FILED
2012 JUN -1 P 3: 25
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHNAM ZAMANIAN, <br><br> Plaintiff, <br><br> vs. <br><br> THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION; and Does 1-20, Inclusive, <br><br> Defendant(s). | Case No. CV 12 2832 <br><br> NOTICE OF REMOVAL <br><br> (Santa Clara County Superior Court Case No. 1-12-CV-224498) |

///

///

///

///

1
Notice of Removal

Pursuant to 28 U.S.C. §§1331, 1441, and 1446, Defendant The Moore Law Group, APC ("TMLG"), by and through its undersigned counsel, hereby removes the action caption *Behnam Zamanian v. The Moore Law Group, APC* which was filed in the Santa Clara Superior Court on May 15, 2012, as Case No. 1-12-CV-224498, to the United States District Court for the Northern District of California. Removal is proper as this case involves a federal question since the Complaint alleges violations of the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. 1692 et seq.

Any civil action commenced in state court is removable if it might have been brought originally in federal court. 28 U.S.C. §1441(a); *See Exxon Mobil Corp. v. Allapattah Services, Inc.* (2005) 545 US 546, 563 holding "district court has original jurisdiction of a civil action for purposes of §1441(a) as long as it has original jurisdiction over a subset of the claims constituting the action."

In connection therewith the undersigned represents as follows:

1. Plaintiff Behnam Zamanian, filed his Complaint on May 15, 2012, in the Santa Clara County Superior Court.

2. Plaintiff served Defendant TMLG with the Complaint by personal delivery on May 23, 2012. A copy of the Complaint is attached hereto as Exhibit 1.

3. No other process, pleadings or orders have been served on Defendant TMLG.

4. Plaintiff alleges that Defendant owes him monetary damages for alleged violations of the FDCPA 15 U.S.C. 1692 et seq. and California Rosenthal Fair Debt

Collection Practices Act Cal. Civ Code §1788 et seq.

5. Plaintiff's claims have been brought at least in part under the FDCPA 15 U.S.C. 1692 et seq., which supplies a federal question.

6. The above captioned federal district court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331 since there is a federal question.

7. Pursuant to 28 U.S.C. §§1331, 1441, and 1446, this case may be removed from the Santa Clara County Superior Court to the United States District Court for the Northern District of California.

8. This Notice of Removal has been filed within thirty days of commencement of the state court action.

9. No previous Notice of Removal for the relief sought herein has been made to this or any other Court.

Dated: May 31, 2012

The Moore Law Group, APC

By: _____
Harvey M. Moore, Esq.
Terri Lazo, Esq.
Attorneys for Defendant
The Moore Law Group, APC