1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| **BEHNAM ZAMANIAN,** | **Case No.:** 3:12-cv-02832-RS |
| Plaintiff, | [PROPOSED] ORDER OF VOLUNTARY |
| v. | DISMISSAL AS TO PLAINTIFF BEHNAM ZAMANIAN ONLY |
| **THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION; AND, DOES 1-20, INCLUSIVE,** | |
| Defendants. | |

17

18  Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby

19  orders the action as to Plaintiff Behnam Zamanian to be, and is, dismissed with prejudice.

20

21  **IT IS SO ORDERED.**

22

23  Dated: _6/25/12_____          _____

24                                                        HON. RICHARD SEEBORG

25
26
27
28