# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEHNAM ZAMANIAN, | Case No.: 3:12-cv-02832-RS |
| Plaintiff, | [PROPOSED] ORDER OF VOLUNTARY DISMISSAL AS TO PLAINTIFF BEHNAM ZAMANIAN ONLY |
| v. | |
| THE MOORE LAW GROUP, A PROFESSIONAL CORPORATION; AND, DOES 1-20, INCLUSIVE, | |
| Defendants. | |

Based upon the Plaintiff's Unilateral Notice of Dismissal, and good cause, this Court hereby orders the action as to Plaintiff Behnam Zamanian to be, and is, dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 6/25/12

_____

HON. RICHARD SEEBORG

[PROPOSED] ORDER                                                                 12-CV-0412 CAB BLS